found him guilty of unlawful use of a weapon, RSMo § 570.030.1. Defendant also appeals the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the claims of trial error are without merit. We further find the motion court's findings of fact and conclusions of law are not clearly erroneous. As an extended opinion would serve no jurisprudential purpose, we affirm the trial and motion courts pursuant to Rules 30.25(b) and 84.16(b).

petent evidence. We have carefully reviewed all of the evidence in the record and find competent and substantial evidence exists to support the Commission's decision and such evidence is not contrary to the overwhelming weight of the evidence. We discern no jurisprudential value in issuing an extended legal opinion. The judgment of the Commission is affirmed in accordance with Rule 84.16(b). The parties have been furnished with a memorandum setting forth the reasons for this order.

Joy HASTEN, Employee/Appellant,

v.

WAL–MART, Employer/Respondent.

Nos. 69770, 69971.

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 3, 1996.

Rex M. Burlison, O'Fallon, for employee/appellant.

Laura E. Smith, Evans & Dixon, St. Louis, for employer/respondent.

Jeremiah W. (Jay) Nixon, Attorney General, Eva C. Sterner, Asst. Atty. Gen., Jefferson City, for Second Injury Fund.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

### ORDER

PER CURIAM.

This is an appeal from the Labor and Industrial Relations Commission. Claimant alleges the administrative law judge used the wrong legal standard when determining causation and that the decision of the Commission is not supported by substantial and com-

STATE of Missouri, Respondent,

v.

Lindell BLACK, Appellant.

Lindell BLACK, Appellant,

v.

STATE of Missouri, Respondent.

No. 68167.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 3, 1996.

Renae Adamson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

Appellant, Lindell Black, appeals the judgment of conviction for unlawful use of a